# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

STEVEN E. MULLEN

V.          CASE NUMBER: 5:06-CV-759(GJD)

COMMISSIONER OF SOCIAL
SECURITY

[]          **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues  have been tried and the jury has rendered its verdict.

[XX]        **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANT against PLAINTIFF, affirming the Commissioner' s final decision and dismissing the complaint pursuant to the Memorandum-Decision and Order of the Hon. Gustave J. DiBianco filed on August 31, 2007.

DATED:      August 31, 2007

Clerk of Court

LKB:lmp